FILED
2006 Jan-11  AM 08:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **LEONARD LUQMAN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action Number |
| **DEPARTMENT OF THE ARMY; DR. FRANCIS J. HARVEY, Secretary, United States Army,** ) ) ) ) | **5:04-cv-604-PWG- UWC** |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The Court has carefully reviewed and considered the Findings and Recommendation of the Magistrate Judge, together with the Plaintiff's objection. The objection is hereby OVERRULED.

The Court hereby APPROVES and ADOPTS the Magistrate Judge's recommendation that the complaint be dismissed due to the Plaintiff's admitted failure to file the same within ninety (90) days of the final agency action.

By separate order, this action will be dismissed.

Done the 10th day of January, 2006.

_____
U.W. Clemon
Chief United States District Judge